IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DIOR MITCHELL,
    Plaintiff,

v.                                                         Civil Action No. 3:21cv628

SGT. HAUSSER,
    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 12, 2021, the Court conditionally docketed the plaintiff's action. (ECF No. 8.) At that time, the Court warned the plaintiff that he must keep the Court informed as to his current address if he was released or relocated. (*Id.*) By Memorandum Order entered on January 12, 2022, the Court waived the initial filing fee and filed the action. (ECF No. 12.) On January 31, 2022, the United States Postal Service returned the January 12, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." (ECF No. 13.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 2 March 2022
Richmond, Virginia

/s/ John A. Gibney, Jr.
Senior United States District Judge